UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUSTIN GRANGER | : | CIVIL NO. 3:19-CV-00060 (MPS) |
| V. | : | |
| ANTONIO SANTIAGO, ET AL. | : | SEPTEMBER 9, 2019 |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

The defendants, through their counsel, hereby move for entry of a Supplement to the Standing Protective Order already in place in this case. (ECF No. 3). Such supplemental Protective Order is attached hereto as Exhibit A. Plaintiff's counsel has no objection to entry of such Supplement to the Protective Order, which applies only to certain Department of Correction ("DOC") video recordings and reports produced in this action. In support of this motion, the defendants represent the following:

1. The plaintiff, through his court appointed pro bono counsel, has sought the production of DOC video recordings and DOC reports relating to the alleged incident giving rise to the instant action.

2. The defendants have agreed to produce two DVD video recordings related to the alleged incident and several unredacted DOC reports related to the alleged incident. The production and potential unauthorized disclosure and dissemination of these video recordings and reports raise safety and security concerns for the DOC.

3. Specifically, the two video recordings depict the inside of several areas of the Corrigan-Radgowski Correctional Center, including the intake area, certain hallway corridors, and housing unit, as well as certain DOC protocols and procedures. Additionally, several of the reports contain the full names of numerous DOC officials, who are not parties in the instant action. Moreover, one of the reports contains

sensitive information regarding DOC's PREA investigation into the underlying incident involving the plaintiff.

4. In order to enable Plaintiff's counsel to obtain a copy of these video recordings and unredacted reports, the defendants seek entry of the Protective Order attached hereto as Exhibit A.

5. The defendants contend that the Protective Order, attached hereto as Exhibit A, adequately protects against the unauthorized dissemination or use of these materials, while also permitting Plaintiff's counsel access to these requested materials.

6. Plaintiff's counsel has no objection to the entry of the Protective Order, attached hereto as Exhibit A.

WHEREFORE, the defendants respectfully request that the Protective Order, attached hereto as Exhibit A, be entered as a supplement to the Standing Protective Order, (ECF No. 3), and apply to the DOC video recordings and reports produced by the defendants in this action.

DEFENDANTS,
SANTIAGO, TOSSES, EVANS, CONGER, & COOK

WILLIAM TONG
ATTORNEY GENERAL

BY:  _____/s/_____
Edward D. Rowley
Assistant Attorney General
Federal Bar No. ct30701
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: Edward.rowley@ct.gov

## **CERTIFICATION**

I hereby certify that on September 9, 2019 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                         /s/
                                        Edward D. Rowley
                                        Assistant Attorney General